IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:09CR13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| DENNIS LAMAR BRUTON, *et al.*, | ) | |

**THIS MATTER** is before the Court on motion of Defendant Bruton's appointed counsel to withdraw and the Defendant's notice of withdrawal of his motion to suppress.

Because the Court has not ruled on counsel's motion to withdraw, the motion to suppress cannot simply be withdrawn. In addition, other co-Defendants have joined the motion to suppress and the Court has allowed their participation during the hearing scheduled Monday, April 6, 2009, which will address the merits of that motion.

The parties are notified that the Court will proceed with the hearing on the motion to suppress. Thereafter, counsel's motion to withdraw as Defendant Bruton's attorney will be addressed by the Court.

2

Signed: April 3, 2009

Lacy H. Thornburg
United States District Judge