# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:09CR13

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | <u>O R D E R</u> |
| ) | |
| DENNIS LAMAR BRUTON ) | |

**THIS MATTER** came on for hearing before the Court on motion of Defendant's court appointed counsel to withdraw. *See* **Motion to Withdraw as Counsel of Record, filed April 3, 2009.**

The Defendant advised the Court that he was dissatisfied with the services of his appointed counsel, Rich Cassady, and he wished to retain his own attorney. The Court advised the Defendant that Mr. Cassady would remain as his counsel of record unless Defendant was successful in retaining an attorney and that attorney had filed notice of appearance on Defendant's behalf by Monday, April 13, 2009. The deadline has now passed and no new counsel for the Defendant has filed a notice of

appearance in this case. Therefore, Mr. Cassady will remain as Defendant's appointed attorney.

**IT IS, THEREFORE, ORDERED** that the motion of appointed counsel to withdraw is hereby **DENIED.**

Signed: April 14, 2009

Lacy H. Thornburg
United States District Judge