# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CR 13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| DENNIS LAMAR BRUTON, | ) | |
| Defendant | ) | |

**THIS MATTER** is before the court on Ronald C. True's Application for Admission to Practice *Pro Hac Vice* of Kevin Jesse McCants. It appearing that Kevin Jesse McCants is a member in good standing with the Bar of the District of Columbia and will be appearing with Ronald C. True, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Ronald C. True's Motion for Application *Pro Hac Vice* (#187) of Kevin Jesse McCants is **GRANTED**, and that Kevin Jesse McCants is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Ronald C. True. It is also **ORDERED** that the Motion to Withdraw (#166) filed by Rich Cassady be revisited *sua sponte,* is **ALLOWED** and Mr. Cassady is relieved.

Signed: April 24, 2009

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge