**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:12-cv-00123-MR**
**[CRIMINAL CASE NO. 1:09-cr-00013-MR-3]**

| | | |
|---|---|---|
| **DENNIS LAMAR BRUTON,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court upon the Petitioner's "Reply to the District Court Order Dismissing Rule 60(b)(6) Motion" [Doc. 27], which the Court construes as a motion for reconsideration.

Upon review of the Petitioner's motion, the Court finds no basis in law to reconsider th/e prior Order dismissing the Petitioner's Rule 60(b)(6) motion as an unauthorized, successive motion to vacate under 28 U.S.C. § 2255.

**IT IS, THEREFORE, ORDERED** that the Petitioner's "Reply to the District Court Order Dismissing Rule 60(b)(6) Motion" [Doc. 27], which the Court construes as a motion for reconsideration, is **DENIED**.

**IT IS FURTHER ORDERED** that pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, the Court declines to issue a certificate of appealability.

**IT IS SO ORDERED.**

Signed: January 22, 2018

Martin Reidinger
United States District Judge